412

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is the unlawful possession of whiskey for the purpose of sale in a dry area, with a prior offense alleged to enhance the punishment; the punishment, six months in jail and a fine of $300.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.

DAVIDSON, Commissioner.

Driving a motor vehicle upon a public highway while intoxicated is the offense; the punishment, a fine of $100.

The record before us contains neither a statement of facts nor bills of exception. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the court.

## SMITHERMAN v. STATE.
### No. 26344.

Court of Criminal Appeals of Texas.
April 1, 1953.

## JUAREZ v. STATE.
### No. 26343.

Court of Criminal Appeals of Texas.
April 1, 1953.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

WOODLEY, Judge.

The conviction is for driving a motor vehicle while intoxicated with the punishment assessed at a fine of $100.